*cival H. Truman* for respondent.

No. 105. MUNSON STEAMSHIP LINE *v.* BERGEN LLOYD; and

No. 202. BERGEN LLOYD *v.* MUNSON STEAMSHIP LINE. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Irving L. Evans* and *John Tilney Carpenter* for Munson Steamship Line. *Mr. John W. Griffin* for Bergen Lloyd.

No. 107. ELI ET AL. *v.* CARTER OIL Co. ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. D. Haden Linebaugh, John B. Dudley, Paul C. Williams,* and *Paul Pinson* for petitioners. *Messrs. James A. Veasey* and *Lloyd G. Owen* for respondents.

No. 108. UNITED BUSINESS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. F. S. Bright* and *H. Stanley Hinrichs* for petitioner. *Solicitor General Biggs* for respondent.

No. 109. WHITAKER *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Norman T. Whitaker, pro se. Solicitor General Biggs* and *Messrs. Frank M. Parrish* and *Harry S. Ridgely* for the United States.